UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAROL PLESS,

                                    **Plaintiff,**

v.                                                                          01-CV-0792(Sr)

**CLEVELAND WRECKING COMPANY,**

                                  **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CLEVELAND WRECKING COMPANY,**

                    **Third-Party Plaintiff,**

v.

**EMPIRE DEMOLITION AND DEVELOPMENT,**

                    **Third-Party Defendant.**

---

## DECISION AND ORDER

        **WHEREAS**, the parties have consented, in accordance with 28 U.S.C. § 636(c), to have the undersigned conduct all further proceedings in this case, including entry of final judgment (Dkt. #33); and

        **WHEREAS**, the Court granted third-party defendant, Empire Demolition and Development, summary judgment on all causes of action contained in the third-party complaint (Dkt. ##124, 153);

        **IT IS HEREBY ORDERED** that the Clerk of the Court enter judgment in favor of third-party defendant, Empire Demolition and Development, and dismiss the third-party complaint.

        **SO ORDERED.**

DATED:    Buffalo, New York
                September 18, 2006

                                                S/ H. Kenneth Schroeder, Jr.
                                                **H. KENNETH SCHROEDER, JR.**
                                                **United States Magistrate Judge**